RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
chris_frey@fd.org

Attorney for JEFFREY PISHION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.  3:21-cr-00038-MMD-CLB |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND MOTION DEADLINES** |
| v. | (First Request) |
| JEFFREY PISHION, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Rene L. Valladares, Federal Public Defender, and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for JEFFREY PISHION, Christopher Chiou, Acting United States Attorney, and PENELOPE BRADY, Assistant United States Attorney, counsel for the United States of America, that the parties herein shall have to and including April 28, 2022, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 12, 2022, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 19, 2022, to file any and all replies to dispositive motions.

This is the first stipulation to extend motion deadlines filed herein.

DATED this 25th day April, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By: */s/ Christopher P. Frey*<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for Jeffrey Pishion | By: */s/ Penelope Brady*<br>PENELOPE BRADY<br>Assistant United States Attorney<br>Counsel for United States |

2

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including April 28, 2022 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including May 12, 2022 to file any all responses.

IT IS FURTHER ORDERED that the parties shall have to and including May 19, 2022 to file any and all replies.

DATED this  26th day  of April, 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

3