**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFERY PISHION,<br><br>　　　　　　　　　　Defendant. | Case No. 3:21-CR-00038-MMD-CLB<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO TRAVEL**<br><br>[ECF No. 189] |

Before the Court is Defendant's request to travel. (ECF No. 189). The Government responded to the motion asserting that it would not oppose the motion provided Defendant and his employer provide additional information and if additional conditions be imposed during Defendant's travel out of state. (ECF No. 192.)

Having reviewed Defendant's motion and the Government's response, the Court grants Defendant's motion provided the following conditions are met:

1) Defendant and/or his employer shall provide the following information directly to Pretrial Services by no later than 5:00 p.m. on Thursday, September 29, 2022:

   a. Verification that the requested travel is necessary for Defendant's employment and that no alternative times or locations are available for the requested travel.

   b. Information and confirmation details related Defendant's flight, including the dates and times of travel and airline information.

   c. Information and confirmation information regarding Defendant's hotel including the name and location of the hotel.

   d. Information and detailed information related to the course Defendant will be attending for the professional certification at issue, including

information related to the location of the training.

Upon receipt and verification of this information by Pretrial Services, Defendant will be permitted to travel as requested by ECF No. 189. However, during Defendant's travel, he will be subject to a curfew to be determined by Defendant's Pretrial Services Officer allowing for reasonable travel time between the defendant's training, his hotel, and any necessary meals.

If Defendant fails to provide the necessary information and verification set forth in this Order by Thursday, September 29, 2022, Defendant will not be permitted to travel as requested.

**IT IS SO ORDERED.**

**DATED**:  September 26, 2022.

_____
UNITED STATES MAGISTRATE JUDGE