RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
chris_frey@fd.org

Attorneys for JEFFREY PISHION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JEFFREY PISHION,<br><br>            Defendant. | Case No. 3:21-cr-00038-MMD-CLB<br><br>**STIPULATION TO EXTEND RESPONSE AND REPLY DEADLINES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Rene L. Valladares, Federal Public Defender, and KATE BERRY, Assistant Federal Public Defender, counsel for JEFFREY PISHION, Jason Frierson, United States Attorney, and PENELOPE BRADY, Assistant United States Attorney, counsel for the United States of America, that the parties shall have to and including January 6, 2023, to file any response to ECF No. 268.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including January 17, 2023, to file any reply.

1   This is the first stipulation to extend the response and reply deadlines filed herein.

2   DATED this 28th day of December, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON FRIERSON<br>United States Attorney |
|---|---|
| By: */s/ Kate Berry*<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for Jeffrey Pishion | By: */s/ Penelope Brady*<br>PENELOPE BRADY<br>Assistant United States Attorney<br>Counsel for United States |

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including January 6, 2023, to file any to file any response to ECF No. 268.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including January 17, 2023, to file any reply.

DATED this __28th__ of December, 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE